Ida Dass, Individually and as Executrix, etc., Appellant, v. Mildred Galland and Others, Respondents.— Order affirmed, with ten dollars costs

and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Winfred S. Giles, Respondent, v. Edward Langer Printing Company, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.